UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDRE TURNER | CIVIL ACTION |
| VERSUS | NO. 10-0175 |
| NOVARTIS PHARMACEUTICALS | UNITED STATES MAGISTRATE JUDGE KAREN WELLS ROBY |

### 54(b) J U D G M E N T

The Court having granted the Defendants' Motion to Dismiss, and finding no just cause to delay entry of judgment; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the defendants, William Naro, Kerry Hegwood, Roberta Power, and Steve Webb, dismissing with prejudice Turner's claims against these defendants for insufficient service of process pursuant to Fed.R.Civ.P. 12(b)(5) and for failure to prosecute and comply with the Federal Rules of Civil Procedure pursuant to Fed.R.Civ.P. 41(b).

New Orleans, Louisiana, this 22nd day of February 2011

KAREN WELLS ROBY
UNITED STATES. MAGISTRATE JUDGE